| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| | Robert P. Spretnak, Esq. (Bar No. 5135) |
| 2 | 8275 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900 |
| | Fax: (702) 938-1055 |
| 4 | Email: bob @ spretnak.com |
| | Attorney for Plaintiff |
| 5 | |
| | JACKSON LEWIS, P.C. |
| 6 | Lisa A. McClane, Esq. (Bar No. 10139) |
| | 3800 Howard Hughes Parkway, Suite 600 |
| 7 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 921-2460 |
| 8 | Fax: (702) 921-2461 |
| | Email: lisa.mcclane @ jacksonlewis.com |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. WILLIAMS, | Case No.: 2:17-cv-01484-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES** |
| ARIA RESORT & CASINO, LLC, a Nevada limited liability company, | |
| Defendant. | **(Second Request)** |

Plaintiff PATRICIA A. WILLIAMS and Defendant ARIA RESORT & CASINO, LLC, a Nevada limited liability company, by and through their counsel of record, by and through their respective counsel of record, hereby STIPULATE AND AGREE that the current discovery cutoff date of **August 24, 2018**, shall be continued for an additional 30-day period, up to and including **September 24, 2018**. This is the second extension to the discovery period requested in this matter. Under the terms of the Stipulated Discovery Plan and Scheduling Order (ECF No. 20) approved by this Court on January 8, 2018, the discovery cut-off in this matter originally was set for June 25, 2018. This was extended to August 24, 2018, by Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (ECF No. 27), approved by this Court on June 11, 2018.

. . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 4

**1.     DISCOVERY COMPLETED TO DATE:**

    a.     Plaintiff served her Initial Disclosures on September 5, 2017.

    b.     Plaintiff served "Plaintiffs' First Set Of Requests For Production Of Documents" on January 30, 2018.  Defendant served "Defendant's Responses and Objections to Plaintiffs' First Set Of Requests For Production Of Documents" on June 4, 2018.

    c.     Defendant served its Initial Disclosures on February 21, 2018.[1]  Defendant served its First Supplemental Disclosures on June 4, 2018.

    d.     On May 22, 2018, the Court approved the "Stipulated Protective Order Governing Confidential Information" (ECF No. 25).  There had been considerable negotiations over the precise terms of this stipulation, which delayed discovery responses from being served.

    e.     On June 13, 2018, Defendant served on Plaintiff, by United States mail, (1) Defendant's First Set of Interrogatories, and (2) Defendant's First Set of Requests for Production of Documents.  The parties have agreed to extend the deadline for Plaintiff to serve her responses to these discovery requests to August 1, 2018.

**2.     DISCOVERY YET TO BE COMPLETED:**

Defendant has noticed the deposition of Plaintiff Patricia A. Williams for August 24, 2018.  There may be additional discovery, including additional deposition, that will need to be conducted following the conclusion of that deposition.

Plaintiff intends to take the depositions, pursuant to Fed. R. Civ. P. 30(b)(6), of person(s) most knowledgeable about (a) the suspension and termination of Plaintiff, as referenced in paragraphs 19(j) and 19(k) of her Complaint;  and (b) any and all investigations into allegations of employee harassment in Defendant's in-room dining department that may have taken place in Calendar Year 2015.

**3.     REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED:**

Once Plaintiff serves her responses to the written discovery served on her on June 13, 2018,

---

[1] Pursuant to the "Stipulation and Order to Stay Discovery for 90 Days" (ECF No. 11), the parties agreed to stay the commencement of discovery in this matter while Defendant's Motion to Dismiss (ECF No. 6) was pending before this Court.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 4

which the parties agreed to extend until August 1, 2018, the parties will be able to undertake a brief deposition schedule. The scheduling of depositions is being made difficult by the schedule of Plaintiff's counsel over the next several weeks, primary due to the fact that he has to file appellate briefs before the Ninth Circuit in two different cases in the next few weeks.[2] Also, the additional time will allow Defendant to identify the person to be deposed by Plaintiff in the Rule 30(b)(6) depositions Plaintiff intends to take.

**4.   REVISED DISCOVERY PLAN:**

1. <u>Discovery Cut-Off Date</u>:  **September 24, 2018**.

2. <u>Dispositive Motions</u>:  The date for filing dispositive motions shall be not later than **October 24, 2018**, 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery and Dispositive Motions Deadlines (Second Request), the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

3. <u>Pretrial Order</u>:  The date for filing the joint pretrial order shall be not later than **November 23, 2018**, 30 days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

4. <u>Additional Extensions of the Discovery Period</u>:  The last day for the parties to file their Motion and/or Stipulation to Extend Discovery shall be **September 4, 2018**, twenty (21) days prior to the revised discovery cut-off.[3]

5. Any discovery deadline not extended in accordance with the Revised Discovery Plan

---

[2] On July 27, 2018, the Answering Brief is due in the matter of *Lisa Hoops v. Robert Roth, MD, a Nevada Professional Corporation, dba Box Canyon Primary Care*, Case No. 17-17342 (District Court Case No. 2:15-cv-01421-GMN-CWH). On August 16, 2018, the Opening Brief is due in the matter of *Shaquinta Williams v. Clark County School District*, Case No. 18-55107 (District Court Case No.: 2:16-cv-02248-APG-PAL).

[3] Monday, September 3, 2018, is the federal Labor Day holiday; therefore, this deadline is set for the next court day.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 4

1  set forth above shall remain controlled by the Stipulated Discovery Plan and Scheduling Order (ECF
2  No. 20), approved by this Court on January 8, 2018, or, if subsequently amended, the Stipulation and
3  Order to Extend Discovery and Dispositive Motion Deadlines (ECF No. 27), approved by this Court
4  on June 11, 2018.

5      No trial date has yet been ordered.

7  DATED:  July 20, 2018.                                              DATED:  July 20, 2018.

8  LAW OFFICES OF ROBERT P. SPRETNAK        JACKSON LEWIS, P.C.

9  By: /s/ Robert P. Spretnak                                        By: /s/ Lisa A. McClane
      Robert P. Spretnak, Esq.                                         Lisa A. McClane, Esq.

Attorney for Plaintiff                                                   Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200                        3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89123                                       Las Vegas, Nevada 89169

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 20, 2018

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 4