Lisa A. McClane, Bar #10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Aria Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; and ARIA RESORT & CASINO, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01484-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES** |

The parties hereby stipulate to extend the deadline to file dispositive motions in this case, and agree as follows:

1. On January 8, 2018, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.

2. On June 4, 2018, the parties filed a Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (First Request) to extend the close of discovery by sixty (60) days and the dispositive motion deadline by thirty (30) days.

3. On June 11, 2018, this Court approved the parties' stipulation and ordered discovery to close on August 24, 2018, and dispositive motions to be filed on or before September 24, 2018.

4. On July 20, 2018, the parties filed a Stipulation and Order to Extend Discovery and Dispositive Motions Deadlines (Second Request) to extend the close of discovery by thirty (30) days and the dispositive motion deadline by thirty (30) days.

6. On July 20, 2018, the Court approved the parties' stipulation and ordered discovery to close on September 24, 2018, and dispositive motions to be filed on or before October 24, 2018.

7. Due to unforeseen circumstances, including a familial medical issue for Aria's designated Person Most Knowledgeable, Plaintiff's four depositions of the Persons Most Knowledgeable were conducted on October 11, 2018. Transcripts from those depositions are still being prepared. All other discovery has been completed.

8. The parties have agreed to extend the dispositive motion deadline from October 24, 2018 to November 26, 2018.

9. Plaintiff's counsel is scheduled to be out of the country on previously-scheduled travel from November 27, 2018 to December 10, 2018. Therefore, for this reason, and because of the upcoming Christmas holiday, the parties have agreed to extend the deadline for filing of points and authorities in opposition to any dispositive motion filed in this matter, be extended an additional two weeks from December 17, 2018, to December 31, 2018.

10. As set forth in ECF No. 29, upon the filing of a dispositive motion, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

11. No other deadlines are affected by this stipulation.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: October 18, 2018.                                        Dated: October 18, 2018.

/s/Lisa A. McClane                                              /s/Robert P. Spretnak
Lisa A. McClane, Bar No. 10139                                  Robert P. Spretnak
3800 Howard Hughes Parkway, Ste. 600                            8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89169                                             Las Vegas, Nevada 89123
*Attorneys for Defendant Aria*                                  *Attorney for Plaintiff Patricia Williams*

## ORDER

IT IS SO ORDERED this 18th day of October, 2018.

_____
United States ~~District~~/Magistrate Judge