Lisa A. McClane, Bar #10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Aria Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; and ARIA RESORT & CASINO, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01484-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES (Second Request)** |

The parties hereby stipulate to extend the deadline to file dispositive motions in this case, and agree as follows:

1. On January 8, 2018, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.

2. On June 4, 2018, the parties filed a Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (First Request) to extend the close of discovery by sixty (60) days and the dispositive motion deadline by thirty (30) days.

3. On June 11, 2018, this Court approved the parties' stipulation and ordered discovery to close on August 24, 2018, and dispositive motions to be filed on or before September 24, 2018.

4. On July 20, 2018, the parties filed a Stipulation and Order to Extend Discovery and Dispositive Motions Deadlines (Second Request) to extend the close of discovery by thirty (30) days and the dispositive motion deadline by thirty (30) days.

6. On July 20, 2018, the Court approved the parties' stipulation and ordered discovery to close on September 24, 2018, and dispositive motions to be filed on or before October 24, 2018.

7. Due to unforeseen circumstances, including a familial medical issue for Aria's designated Person Most Knowledgeable, Plaintiff's four depositions of the Persons Most Knowledgeable were conducted on October 11, 2018. All other discovery has been completed.

8. On October 19, 2018, the Court approved the parties' stipulation and ordered dispositive motions to be filed on or before November 26, 2018.

9. Due to the recent holiday and unexpected transportation issues, Defendant's counsel is requesting a brief extension, up to and including Friday, November 30, 2018 to file its dispositive motion. This will not impact the remaining deadlines as the Court has already provided an additional two weeks (until December 31, 2018) for Plaintiff's counsel who will be out of the country on from November 27, 2018 to December 10, 2018 to file points and authorities in opposition to any dispositive motion filed in this matter.

10. As set forth in ECF No. 29, upon the filing of a dispositive motion, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

11. No other deadlines are affected by this stipulation.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: November 26, 2018.

/s/Lisa A. McClane
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant Aria*

Dated: November 26, 2018.

/s/Robert P. Spretnak
Robert P. Spretnak
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
*Attorney for Plaintiff Patricia Williams*

### **ORDER**

IT IS SO ORDERED this 26th day of November, 2018.

United States Magistrate Judge