Elayna J. Youchah
Nevada State Bar No. 5837
Lisa A. McClane
Nevada State Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
elayna.youchah@jacksonlewis.com
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Aria Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA A. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; and ARIA RESORT & CASINO, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01484-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree to extend the briefing schedule related to Defendant's Motion for Summary Judgment (ECF No. 34). The parties agree that Plaintiff shall have up to and including January 7, 2019, to file her response in Opposition to Defendant's Motion for Summary Judgment and Defendant shall have up to and including January 25, 2019, to file its reply brief.

As the Court knows, Defendant filed an Errata to Defendant's Motion for Summary Judgment on December 7, 2018 (ECF No. 35). Due to the impending holiday and as a courtesy to Plaintiff, the parties have agreed to a one-week extension for Plaintiff to file her responsive brief. Defendant also discussed with Plaintiff that Defense Counsel, Elayna J. Youchah, will be out of the office and traveling for several days to New York to be with her sister who is having surgery. This is the basis for requesting an extension to file the Reply.

For the above stated reason, the parties agree that Plaintiff shall have up to and including January 7, 2019 to file her response in Opposition to Defendant's Motion for Summary Judgment and Defendant shall have up to and including January 25, 2019, to file its reply brief.

This stipulation and order is sought in good faith and not for the purpose of delay. There has been no prior request for extension.

Dated this 28th day of December, 2018.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Bar No. 5135<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff*<br>*Patricia A. Williams* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar No. 5837<br>Lisa A. McClane, Bar No. 10139<br>3800 Howard Hughes Parkway, Suite 060<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant*<br>*Aria Resort & Casino* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: December 28, 2018