| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| | Robert P. Spretnak, Esq. (Bar No. 5135) |
| 2 | 8275 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900 |
| | Fax: (702) 938-1055 |
| 4 | Email: bob @ spretnak.com |
| | Attorney for Plaintiff |
| 5 | |
| | JACKSON LEWIS, P.C. |
| 6 | Elayna J. Youchah, Esq. (Bar No. 5837) |
| | Lisa A. McClane, Esq. (Bar No. 10139) |
| 7 | 3800 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| 8 | Telephone: (702) 921-2460 |
| | Fax:  (702) 921-2461 |
| 9 | Email: elayna.youchah @ jacksonlewis.com, lisa.mcclane @ jacksonlewis.com |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. WILLIAMS, | Case No.: 2:17-cv-01484-JCM-VCF |
| Plaintiff, | |
| vs. | |
| ARIA RESORT & CASINO, LLC, a Nevada limited liability company, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S REVISED MOTION FOR SUMMARY JUDGMENT (ECF No. 36)**

**(Second Request)**

Plaintiff PATRICIA A. WILLIAMS and Defendant ARIA RESORT & CASINO, LLC, a Nevada limited liability company, the remaining defendant in this matter, by and through their counsel of record, by and through their respective counsel of record, hereby STIPULATE AND AGREE that the deadline for Plaintiff to file her points and authorities in opposition to Defendant's Revised Motion for Summary Judgment (ECF No. 36) be extended by three days to **January 10, 2019.** The current deadline, as set in the "Stipulation and Order to Extend Briefing Schedule of Defendant's Motion for Summary Judgment (First Request)" (ECF No. 38), as approved by this

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

Court and filed on December 28, 2018, is January 7, 2019.  Previously, the deadline for Plaintiff's opposition was December 31, 2018.

There is good cause for this brief extension.  The holiday break significantly delayed the ability of Plaintiff's counsel to work with his client to craft the opposition brief.  In addition, Plaintiff's counsel, a solo practitioner, has been contending with emergencies in his practice, as well as delays resulting from the hiring and training of a replacement legal assistant following the retirement of the previous assistant.  For these reasons, a very brief extension is necessary and warranted.

At present, it is believed that this three-day extension, in and of itself, will not adversely affect the deadline for Defendant to complete its reply brief.

DATED:  January 7, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED:  January 7, 2019.

JACKSON LEWIS, P.C.

By: /s/ Elayna J. Youchah
    Elayna J. Youchah, Esq.
    Lisa A. McClane, Esq.

Attorneys for Defendant

3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  January 8, 2019

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2